UNITED STATES BANKRUPTCY COURT
EASEERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                                                      Chapter 13
WILLEM JAMES NOORLANDER                   Case No.   21-23233-RMB
ELIZABETH JANE NOORLANDER

           Debtors.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Rachel M. Blise, United States Bankruptcy Judge, on **July 20, 2021 at 2:00 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 5457889 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

                                                   /s/_____
                                                   Scott Lieske, Trustee
                                                   Robert W. Stack, Staff Attorney
                                                   Christopher D. Schimke, Staff Attorney
                                                   Kyle R. Knutson, Staff Attorney
                                                   Chapter 13 Standing Trustee
                                                   P.O. Box 510920
                                                   Milwaukee, Wisconsin 53203
                                                   T:   (414) 271-3943
                                                   F:   (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In the Matter of:
WILLEM JAMES NOORLANDER            Chapter 13
ELIZABETH JANE NOORLANDER           Case No. 21-23233-RMB
         Debtors.

___

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN**

___

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Trustee is unable to verify that the Debtors are in compliance with 11 U.S.C. § 1325(a)(9). According to the testimony at the Meeting of Creditors, the Debtors filed all tax returns required by 11 U.S.C. § 1308. However, the IRS presents contradictory information in the proof of claim on file, which indicates a non-filed tax return for 2020.

Due to discrepancies between the Statement of Financial Affairs, the Disclosure of Compensation, and the Plan, the Trustee is unable to determine the correct amount of attorney fees to be paid through the plan.

The Debtors failed to demonstrate that all disposable income is being contributed to the plan as required by 11 U.S.C. § 1325(b). The Debtor-wife failed to provide sufficient paystubs to verify her wages listed on Line 2 of Form 122C-1. Based on the Debtor-husband's apparent salary, Line 46 of Form 122C-2 should contain an upward Lanning adjustment of $4,157 per month. Based on the proof of claim filed by the mortgage creditor in this case, the deduction on Line 33a of Form 122C-2 should be reduced by approximately $253 per month.

Due to the amount of the priority claim filed by the IRS, the plan will not complete within the maximum term of sixty (60) months as required by 11 U.S.C. § 1322(d).

                                         OFFICE OF CHAPTER 13 TRUSTEE

                                         /s/_____
                                         Scott Lieske, Chapter 13 Trustee
                                         Robert W. Stack, Staff Attorney
                                         Christopher D. Schimke, Staff Attorney
                                         Kyle R. Knutson, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com